IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CHRISTY SMITH                                                                                       PLAINTIFF

VS.                                                                        CAUSE NO. 5:06-CV-00087-DCB-JMR

CAPPAERT MANUFACTURED HOUSING, INC.                                            DEFENDANT

## AGREED ORDER OF DISMISSAL

HAVING COME before the Court on the *ore tenus* motion (the "Motion") of the Plaintiff, Christy Smith, to dismiss with prejudice all claim and causes of action asserted in this civil action against Defendant, Cappaert Manufactured Housing, Inc.;

THE COURT, having considered the Motion and being fully advised in the premises, finds that the Motion is well taken and should be granted;

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above-captioned matter is dismissed with prejudice, with each party to bear its own costs.

This the 9th day of January, 2007.

S/DAVID BRAMLETTE
DAVID C. BRAMLETE, III
UNITED STATES DISTRICT COURT JUDGE

JOINTLY SUBMITTED BY:

CAPPAERT MANUFACTURED HOUSING, INC.

By: s/ J. Randall Patterson
J. Randall Patterson, Counsel for Defendant

s/ Christy M. Smith
CHRISTY M. SMITH, Plaintiff

s/ W. Thomas McCraney, III
W. Thomas McCraney, III, Counsel for Plaintiff